MORGAN, LEWIS & BOCKIUS LLP
Kathryn T. McGuigan, Bar No. 232112
kathryn.mcguigan@morganlewis.com
George S. Benjamin, Bar No. 273240
george.benjamin@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Defendants,
CHARTER COMMUNICATIONS, INC. and
BRIGHT HOUSE NETWORKS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK HORTON, an individual;<br><br>　　　　　Plaintiff;<br><br>　　v.<br><br>CHARTER COMMUNICATIONS INC., WHICH WILL BE DOING BUSINESS IN CALIFORNIA AS CHARTER COMMUNICATIONS (CCI), INC., a Delaware Corporation; ADVANCE/NEWHOUSE PARTNERSHIP, an unknown entity; BRIGHT HOUSE NETWORKS, LLC, a Delaware Corporation; and DOES 1-50;<br><br>　　　　　Defendants. | Case No. 18-803<br><br>**DEFENDANTS, CHARTER COMMUNICATIONS, INC.'S AND BRIGHT HOUSE NETWORKS, LLC'S NOTICE OF INTERESTED PARTIES**<br><br>Complaint Filed:  September 28, 2018<br>(Kings County Superior Court) |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HIS ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE THAT, the undersigned counsel of record for Defendants, Charter Communications, Inc. and Bright House Networks, LLC (hereinafter "Defendants") certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Plaintiff Jack Horton;
2. Defendant Charter Communications, Inc.;
3. Defendant Bright House Networks, LLC;
4. Defendant Advance/Newhouse Partnership;
5. Charter Communications Operating, LLC;
6. Charter Communications Operating Capital Corporation;
7. CCO Holdings, LLC;
8. CCO Holdings Capital Corporation; and
9. Charter Communications Holdings, LLC.

Defendants will advise this Court in the event they learn of any additional parties that must be identified.

Dated: November 1, 2018               MORGAN, LEWIS & BOCKIUS LLP

By _____
Kathryn T. McGuigan
George S. Benjamin
Attorneys for Defendants,
CHARTER COMMUNICATIONS,
INC. and BRIGHT HOUSE
NETWORKS, LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

# PROOF OF SERVICE

I, Vicki Anderson, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. On November 1, 2018, I served a copy of the within document:

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [LOCAL RULE 7.1-1]**

- ‥ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

- ‥ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an agent for delivery.

- ‥ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ‥ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Michael J.F. Smith | *Attorneys for Plaintiff* |
| John L. Migliazzo | |
| Michael J.F. Smith, PC | *Tel:  559-229-3900* |
| 1391 W. Shaw Ave., Ste. D | *Fax: 559-229-3903* |
| Fresno, CA  93711 | *mjfsmith@mjfsmith.com* |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on November 1, 2018, at Los Angeles, California.

1  I declare that I am employed in the office of a member of the bar of this court
2  at whose direction the service was made.

3

4

5  _____
6  Vicki Anderson

7

8
DB2/ 35254833.2
9