# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK HORTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARTER COMMUNICATIONS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01518-LJO-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 22, 23) |

On July 9, 2019, an order issued requiring Plaintiff to show cause why Advance/Newhouse Partnership should not be dismissed as a defendant in this action due to failure to serve the summons and complaint in compliance with Rule 4(m) of the Federal Rules of Civil Procedure. On July 10, 2019, Plaintiff filed a request for dismissal as to Advance/Newhouse Partnership. As Plaintiff has now filed the request for dismissal, the order to show cause filed on July 9, 2019 is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**July 11, 2019**__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1