# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK HORTON,<br><br>        Plaintiff,<br><br>   v.<br><br>CHARTER COMMUNICATIONS, INC., et al.,<br><br>        Defendants. | Case No. 1:18-cv-01518-LJO-SAB<br><br>ORDER REQUIRING CHARTER COMMUNICATIONS INC. AND BRIGHT HOUSE NETWORKS, INC. TO EITHER FILE A NOTICE OF INTENT TO OPPOSE PLAINTIFF'S REQUEST FOR DISMISSAL OF DEFENDANT ADVANCE/NEWHOUSE PARTNERSHIP OR A STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S REQUEST FOR DISMISSAL<br><br>(ECF No. 23)<br><br>DEADLINE: JULY 15, 2019 |

After the Court issued an order requiring Plaintiff to show cause why Defendant Advance/Newhouse Partnership should not be dismissed from this action for failure to effect service of process, Plaintiff filed a request for dismissal of Defendant Advance/Newhouse Partnership. The Court shall require Defendants Charter Communications Inc. and Bright House Networks Inc. to file a notice indicating whether they intend to oppose the request for dismissal or a statement of non-opposition to the request.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that, on or before **July 15, 2019**, Defendants Charter Communications Inc. and Bright House Networks Inc. shall file a notice indicating either that they intend to file an opposition to Plaintiff's request for dismissal of Defendant Advance/Newhouse Partnership or a statement of non-opposition to Plaintiff's request for dismissal of Defendant Advance/Newhouse Partnership.

IT IS SO ORDERED.

Dated: **July 11, 2019**

UNITED STATES MAGISTRATE JUDGE