1
2
3
4
5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF CALIFORNIA

7

8  JACK HORTON,;                              Case No. 1:18-cv-01518-LJO-SAB

9              Plaintiff;                      ORDER DIRECTING CLERK OF
                                               COURT TO TERMINATE
10        v.                                   DEFENDANT BRIGHT HOUSE
                                               NETWORKS, LLC PURSUANT TO
11  CHARTER COMMUNICATIONS                     RULE 41(a) OF THE FEDERAL
    INC., et al,                               RULES OF CIVIL PROCEDURE
12
                                               (ECF No. 31)
13             Defendants.

14

15        On September 19, 2019, Plaintiff Jack Horton ("Plaintiff") and Defendants,

16  Charter Communications, Inc. and Bright House Networks, LLC (collectively, the

17  "Parties") filed a Joint Stipulation to Dismiss Defendant Bright House Networks,

18  LLC without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

19        Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss

20  some or all of the defendants in an action through a Rule 41(a) notice.  Wilson v. City

21  of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  In light of the stipulation of the

22  parties, the Clerk of the Court is DIRECTED to terminate Defendant Bright House

23  Networks, LLC as a defendant in this action.

24

    IT IS SO ORDERED.
25

26  Dated:  __**September 20, 2019**__          _____

27                                               UNITED STATES MAGISTRATE JUDGE

28