| | |
|---|---|
| JACK HORTON,<br><br>                Plaintiff;<br><br>       v.<br><br>CHARTER COMMUNICATIONS INC., et al.;<br><br>                Defendants. | Case No. 1:18-cv-01518-SAB<br><br>ORDER RE JOINT STIPULATION TO CONTINUE THE COURT'S TRIAL DATE AND RELATED DATES<br><br>(ECF No. 37) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

On January 10, 2019, the scheduling order issued in this matter. (ECF No. 14.) On July 2, 2019, the parties filed a request to continue the dates in the pretrial order which was denied. (ECF Nos. 17, 18.) Thereafter, the parties consented to the jurisdiction of the magistrate judge and filed a stipulation to amend the scheduling order; this matter was reassigned to the undersigned. (ECF Nos. 19, 20, 21.) On July 16, 2019, the stipulation was granted and an amended scheduling order issued. (ECF No. 29.) On November 12, 2019, the parties filed a stipulation to amend the scheduling order. (ECF No. 33.) A second amended scheduling order was filed on November 18, 2019. (ECF No. 35.) On March 19, 2020, the parties filed a stipulation to amend the scheduling order. (ECF No. 37.)

/ / /

In their current request to amend the scheduling order, the parties state that depositions have been scheduled for April 2020 and due to the current restrictions caused by the coronavirus they need to move the depositions and seek to continue all dates in this matter by 120 days. The Court finds good cause to grant the request.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the deadlines in the July 16, 2019 scheduling order, as amended November 18, 2019, are amended as follows;

1. Non-expert discovery: August 21, 2020
2. Expert disclosure: September 15, 2020
3. Supplemental expert disclosure: October 13, 2020
4. Expert discovery: November 3, 2020
5. Dipositive motion filing: September 4, 2020
6. Pretrial Conference: December 11, 2020 at 9:30 a.m. in Courtroom 9(SAB)
7. Trial: February 23, 2021 at 8:30 a.m. in Courtroom 9 (SAB)
8. All other aspects of the July 16, 2019 scheduling order remain in effect.

IT IS SO ORDERED.

Dated:   **March 20, 2020**

UNITED STATES MAGISTRATE JUDGE