# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK HORTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARTER COMMUNICATIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01518-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 39)<br><br>SIXTY DAY DEADLINE |

On August 5, 2020, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action. (ECF No. 39.) The parties request sixty (60) days in which to file dispositional documents.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within sixty (60) days of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **August 6, 2020**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1