# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK HORTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　　　Defendant. | Case No. 1:18-cv-01518-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 41) |

Jack Horton ("Plaintiff") filed this action in the Superior Court for the State of California, County of Kings against Charter Communications Inc., Advance/Newhouse Partnership, and Bright House Networks, LLC. (ECF No. 1 at 25-27.) On November 1, 2018, Defendants Charter Communications Inc. and Bright House Networks, LLC removed the action to the Eastern District of California. (ECF No. 1.) Defendants Advance/Newhouse Partnership and Bright House Networks, LLC have previously been voluntarily dismissed from this action. (ECF Nos. 28, 32.) Charter Communications, Inc. is the sole remaining defendant.

On August 14, 2020, a stipulation was filed dismissing this action with prejudice as the parties have reached a settlement of all claims between them. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.

/ / /

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **August 14, 2020**

UNITED STATES MAGISTRATE JUDGE